Gary L Swanson
915 Dock St
Wilmington, NC 28401
910-547-9689
swansonzsite@gmail.com

Complaint

FILED
MAR 2 2 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

UNITED STATES DISTRICT COURT

SOUTHERN DIVISION

SWANSON, GARY, L.

PRO SE Plaintiff,

vs.

SWANSON, ROBERT, L.; SWANSON, LINDA, L.;

JAMES (JIM) BONNER AKA HILLSDALE HOLDINGS LLC; BROCK & SCOTT PLLC;

BANK OF AMERICA CORP. ;

COUNTRYWIDE FINANCIAL CORP. ;

Defendant

Case No.: 7:18-cv-46-H

TRESPASS, NUISANCE, AND CONVERSION

Defamation, Libel & Slander; Intention Infliction of Emotional Distress; Invasion of Privacy Laws; Abuse of Process; Breach of Confidence and Negligence

Dated this 22nd of March, 2018.

_____
Gary L. Swanson PRO SE

TRESPASS, NUISANCE, AND CONVERSION - 1